IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TODD WALLACH** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | **NO. 02-CV-4560** |
| vs. | : | |
| | : | |
| **CHESTER W. REED,** *et al* | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 14th day of November, 2002, it is **ORDERED** that a **PRETRIAL CONFERENCE** shall be held on December 4, 2002, at 10:00 a. m. in Room 4006, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

BY THE COURT:

_____
TIMOTHY J. SAVAGE, J.