IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TODD WALLACH** | : | CIVIL ACTION |
| | : | |
| | : | NO. 02-CV-4560 |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **CHESTER W. REED and** | : | |
| **KEYSTONE FREIGHT CORP.** | : | |

## ORDER

AND NOW, this 4th day of December, 2002, the parties having agreed at the pretrial conference to submit this case to binding high-low arbitration, it is **ORDERED** that counsel shall contact ADR Options, Inc. within seven (7) days to schedule an arbitration hearing.

_____
TIMOTHY J. SAVAGE, J.