IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TODD WALLACH** | : | **CIVIL ACTION** |
| | : | |
| | : | **NO. 02-CV-4560** |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **CHESTER W. REED and** | : | |
| **KEYSTONE FREIGHT CORP.** | : | |

## ORDER

AND NOW, this 4th day of December, 2002, it is ORDERED that the plaintiff, Todd Wallach, produce an executed authorization for release of MRI films within seven (7) days of the date of this Order.

_____
                                        TIMOTHY J. SAVAGE, J.