## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TODD WALLACH** | : | **CIVIL ACTION** |
| | : | |
| | : | **NO. 02-CV-4560** |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **CHESTER W. REED and** | : | |
| **KEYSTONE FREIGHT CORP.** | : | |

### <u>ORDER</u>

**AND NOW**, this  5th  day of February, 2003, it having been reported that the issues

between the parties have been settled as set forth in the Stipulation placing the matter into

binding arbitration and upon Order of the Court, pursuant to the provisions of Rule 41.1(b)

of the Local Rules of Civil Procedure, it is **ORDERED** that the above action is **DISMISSED**

with prejudice, pursuant to agreement of counsel without costs.


_____

_____TIMOTHY J. SAVAGE, J.